AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JUNIOL ELIEZEL SANTANA-PEREZ,
a/k/a "VICTOR HUGO"

## WARRANT FOR ARREST

1:08-MJ-01 M

CASE NUMBER: 2002 M 0472 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUNIOL ELIEZEL SANTANA-PEREZ, a/k/a "VICTOR HUGO"
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2002 DEC 10 A 9:44

charging him or her with (brief description of offense)
knowing and intentional distribution of, and possession with intent to distribute, cocaine base, also known as crack, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 846 & 841(a)(1)

Robert B. Collings
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

12-09-2002 Boston, MA
Date and Location

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Bail fixed at $ ______ by ______
Name of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc

Suffolk, ss.

Boston, Massachusetts
December 9, 2002

**AFFIDAVIT OF SPECIAL AGENT CHRISTOPHER GRENIER**

I, Special Agent Christopher Grenier, depose and state as follows:

1. For the past 12 years, I have been employed as a special agent of the Drug Enforcement Agency ("DEA") assigned to the New England Field Division.

2. During my career as a law enforcement officer, I have received specialized training regarding narcotics identification, narcotics investigations, money laundering, electronic surveillance, and other investigative techniques. I also have had extensive experience in the investigation of the activities of narcotics traffickers. Since becoming a DEA special agent, I have participated in numerous narcotics investigations as a case agent and in other roles. I have debriefed numerous defendants, informants, and witnesses who had personal knowledge about narcotics trafficking activities and the operation of narcotics trafficking organizations. I personally have participated in all aspects of narcotics trafficking investigations, including conducting surveillance, using confidential informants, acting in an undercover capacity, and participating in court-authorized interceptions of wire and electronic communications. Based on my training and experience, I am familiar with the appearance of narcotics sold on the street, including cocaine and cocaine base (also known as "crack"), and the manner in which such narcotics

OCT 18 2007 09:48 FR DEA NEW BEDFORD RO 508 996 4829 TO 1010333140152852 P.02/07

are packaged and sold.

3. I submit this affidavit in support of a complaint charging JUNIOL ELIEZEL SANTANA-PEREZ, a/k/a "Victor Hugo" ("PEREZ"), with distribution of, and possession with intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

4. The information contained in this affidavit is based on my own observations or has been related to me by law enforcement officers involved in the investigation. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that I believe are necessary and sufficient to establish probable cause to charge PEREZ with a violation of 21 U.S.C. §§ 846 & 841.

5. This investigation commenced in December 2000, when I received information, including information from a cooperating witness ("CW"), that PEREZ regularly sold large quantities of crack cocaine in the Providence, Rhode Island, and Fall River, Massachusetts areas.

6. **March 15, 2002 sale of 123.69 grams of cocaine base by PEREZ.** On March 15, 2002, beginning at approximately 11:00 a.m., CW had several consensually recorded conversations with PEREZ in which PEREZ, using coded language, agreed to sell CW 125 grams of



OCT 18 2007 09:48 FR DEA NEW BEDFORD RO 508 996 4829 TO 1010333140152852 P.03/07

cocaine base. At approximately 2:05 p.m., CW and DEA Special Agent Todd Shea, who was acting in an undercover capacity, drove an undercover vehicle to the Stop & Shop parking lot located on Plymouth Avenue in Fall River, Massachusetts, and parked next to PEREZ's black Datsun 300ZX. PEREZ entered the undercover vehicle and greeted CW, who in turn introduced PEREZ to Special Agent Shea. After brief conversation, PEREZ retrieved a bag from his pocket and handed it to CW, who immediately handed it to Special Agent Shea. Special Agent Shea recognized the contents of the package as crack cocaine. Special Agent Shea asked about the price of the drugs, and PEREZ responded "32," which Special Agent Shea understood to mean $32 per gram. Special Agent Shea told PEREZ he had been led to believe that the price would be $30 per gram, and PEREZ promised to reduce the price in the future. Special Agent Shea then gave PEREZ $4,000 in exchange for the drugs. Chemical analysis of the drugs later revealed them to be 123.6 grams of 62% pure cocaine base. The meeting among PEREZ, CW, and Special Agent Shea in the undercover vehicle was consensually audio taped and videotaped.

7. **April 11, 2002 sale of 248.7 grams of cocaine base by PEREZ.** On April 11, 2002, at approximately 12:20 p.m., PEREZ and Special Agent Shea had a consensually recorded telephone conversation in which PEREZ, again using coded language, agreed to sell Special Agent Shea 250 grams of crack cocaine later that



OCT 18 2007 09:49 FR DEA NEW BEDFORD RO 508 996 4829 TO 1010033140152852 P.04/07

five minutes later, PEREZ entered the lot and parked. CW entered PEREZ's vehicle and returned with a bag containing two other bags of an off-white rock substance, which CW handed to Special Agent Shea. Special Agent Shea got out of the undercover vehicle and delivered the drugs to DEA Task Force Agent Al Faella, who was also parked in the lot. Task Force Agent Faella handed Special Agent Shea $7,000, which Special Agent Shea in turn handed to CW. CW entered PEREZ's car with the money. PEREZ then drove out of the lot, stopping near Special Agent Shea's car so that he could shake hands with Special Agent Shea on the way out. This meeting between PEREZ and Special Agent Shea was consensually audio taped and videotaped.

9. Based upon the foregoing, and based upon my training and experience, there is probable cause to believe that JUNIOL ELIEZEL SANTANA-PEREZ, a/k/a "Victor Hugo," has knowingly and intentionally distributed, and possessed with intent to distribute, 50 or more grams of a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II controlled substance, in violation of 21 United States Code, Section 841(a)(1).

I, having signed this affidavit under oath, as to all assertions and allegations contained herein, state that its

contents are true and correct to the best of my knowledge, information and belief.

CHRISTOPHER GRENIER
Special Agent
Drug Enforcement Administration

Sworn to before me on
this 9th day of December, 2002.

ROBERT B. COLLINGS,
UNITED STATES MAGISTRATE JUDGE