AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Jonio / Eliezel Santana-Perez

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:08-MJ-01M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Sandra Beckner | John M. Cicilline |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-3-08 | | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-3-08 | ✓ | ✓ | Photo Sheet |
| | | W-1 | | | Celeste Cabral |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.