IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:08-MJ-01M |
| | ) | |
| JUNIOL ELIEZEL SANTANA-PEREZ, | ) | |
| a/k/a Victor Hugo | ) | |

ORDER

This matter came to be heard on January 3, 2008 before Magistrate Judge David L. Martin pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure, and the defendant, with the advice of counsel, had an identity hearing. At that hearing, the Court determined that the defendant is the same person named in the warrant. Accordingly, the defendant is ordered detained and is remanded to the custody of the United States Marshal for transfer to the District of Massachusetts. Defendant is to be transferred forthwith.

SO ORDERED:

David L. Martin

DAVID L. MARTIN
MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Date: 1-4-08