David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

January 4, 2008

**Office of the Clerk**

**United States District Court**

U.S. District Court

**Courthouse Way**
Boston, Massachusetts 02210

**RI Case # 1:08-MJ-01M**

**Your Docket No. 2002** m 0472 RBC

On January 3, 2008 Magistrate Judge David L. Martin conducted a Rule 40 hearing in **1:08-MJ-01M**, USA v. Juniol Eliezel Santana-Perez.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

January 4, 2008

**Office of the Clerk**

**United States District Court**

U.S. District Court

**Courthouse Way**
Boston, Massachusetts 02210

**RI Case # 1:08-MJ-01M**

**Your Docket No. 2002** m 0472 RBC

On January 3, 2008 Magistrate Judge David L. Martin conducted a Rule 40 hearing in **1:08-MJ-01M**, USA v. Juniol Eliezel Santana-Perez.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: /s/ Martha Saucier
Martha Saucier, Deputy Clerk